## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 25-mj-0209** |
| | : | |
| **OSMAN MOHAMED,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 922(g)(1)** |
| Defendant. | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d)** |
| | : | **and 28 U.S.C. § 2461(c)** |
| | : | |

## INFORMATION

On or about September 5, 2025, within the District of Columbia, **OSMAN MOHAMED**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Arlington County Circuit Court, Case No. CR16001584, did unlawfully and knowingly receive and possess a firearm, that is, a Smith & Wesson M&P 40 Shield .40 caliber semi-automatic firearm, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Counts One of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)

and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of these offenses, including but not limited to a Smith & Wesson M&P 40 Shield .40 caliber semi-automatic firearm and .40 caliber ammunition.

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c))

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By /s/   *Jason Facci*
Jason Facci (D.C. Bar No. 1027158)
Assistant United States Attorney
Fraud, Public Corruption, & Civil Rights
601 D Street, NW
Washington, DC   20530
Tel: 202.252.7742
Jason.Facci@usdoj.gov